UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| SARAH STANSBURY, | Civil No. 3:10-CV-05767 BHS JRC |
|---|---|
| Plaintiff, | ORDER AMENDING THE SCHEDULING ORDER |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the Plaintiff's Agreed Motion to Amend the Briefing Schedule (ECF No. 17), it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall file an Opening Brief on or before May 5, 2011;
- Defendant shall file a Response to Plaintiff's Opening Brief on or before June 2, 2011;
- Plaintiff shall file the Reply Brief on or before June 16, 2011; and
- Oral argument, if desired, shall be requested by June 23, 2011.

DATED this 25th day of March 2011.

J. Richard Creatura
United States Magistrate Judge

Page 1      ORDER - [3:10-CV-05767 BHS JRC]