1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SARAH STANSBURY,

          Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration,

          Defendant.

Case No. C10-5767BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

      This matter comes before the Court on the Report and Recommendation ("R&R") of

the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 23).

      The Court has considered the R&R and the remaining record, and no objections to the

R&R having been filed, does hereby find and order as follows:

      (1)     The R&R is **ADOPTED**;

      (2)     The matter is **REVERSED** and **REMANDED**;

      (3)     The Clerk shall enter **JUDGMENT** for Plaintiff; and

      (4)     This action is **DISMISSED**.

      DATED this 3rd day of February, 2012.

                                     _____

                                     BENJAMIN H. SETTLE
                                     United States District Judge

ORDER