# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

SARAH STANSBURY,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

Case No. C10-5767BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 23).

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) The matter is **REVERSED** and **REMANDED**;

(3) The Clerk shall enter **JUDGMENT** for Plaintiff; and

(4) This action is **DISMISSED**.

DATED this 3rd day of February, 2012.

    BENJAMIN H. SETTLE
    United States District Judge

ORDER